IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DEAN HARPER,<br><br>　　　　　　　Plaintiff<br><br>　　VS.<br><br>GA. BOARD OF PARDONS AND<br>PAROLES, *et al.*,<br><br>　　　　　　　Defendant**s** | <br><br><br><br>**NO. 5: 04-CV-61 (DF)**<br><br><br><br>**PROCEEDINGS UNDER 42 U.S.C. § 1983**<br>**BEFORE THE U.S. MAGISTRATE JUDGE** |

## RECOMMENDATION OF DISMISSAL

On August 17, 2005, defendants in the above-captioned case filed a **MOTION TO DISMISS** plaintiff's complaint on statute of limitations grounds. Tab #11. Thereafter, on August 18, 2005, the undersigned advised plaintiff of said motion and his duty to respond properly thereto. Plaintiff was further advised that failure to respond within twenty (20) days would result in a recommendation of dismissal. Tab #13. The plaintiff has failed to file a response to the defendants' motion. Therefore, the undersigned finds that the plaintiff has willfully refused to comply with the court's order.

Accordingly, IT IS ORDERED that the defendants' **MOTION TO DISMISS** (Tab #11) be **GRANTED** as UNCONTESTED. Pursuant to 28 U.S.C. §636(b)(1) the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom the case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

The Clerk is directed to serve the plaintiff with a copy of this order by mailing it to him at the <u>last</u> <u>address</u> provided by him.

SO RECOMMENDED, this 7th day of DECEMBER, 2005.

　　　　　　　　　　　　　　　　　　　　　CLAUDE W. HICKS, JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE