IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **DEAN HARPER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | 5:04-CV-61 (DF) |
| | : | |
| **GA. BOARD OF PARDONS AND PAROLES,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

### O R D E R

This order hereby adopts and incorporates the Recommendation (doc. 14) that United States Magistrate Judge Claude W. Hicks, Jr. entered in this case on December 7, 2005. Neither party has served or filed written objections to the Magistrate Judge's Recommendation with the Court.

Accordingly, Defendants' Motion to Dismiss (doc. 11) is hereby **GRANTED** as uncontested.

SO ORDERED, this 6th day of February, 2006.

                                                      /s/ Duross Fitzpatrick
                                                    DUROSS FITZPATRICK, JUDGE
                                                    UNITED STATES DISTRICT COURT

DF/jab